IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

**Civil Action No.** 2:12-cv-3233

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Misty Solomon

2. Plaintiff's Spouse (if applicable)

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Kentucky

5. District Court and Division in which venue would be proper absent direct filing.

    United States District Court for the Western District of Kentucky

    Bowling Green Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☒ A. Ethicon, Inc.

    ☒ B. Ethicon, LLC

☒      C. Johnson & Johnson

☐      D. American Medical Systems, Inc. ("AMS")

☐      E. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐      F. Endo Pharmaceuticals, Inc.

☐      G. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐      H. Boston Scientific Corporation

☐      I. C. R. Bard, Inc. ("Bard")

☐      J. Sofradim Production SAS ("Sofradim")

☐      K. Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction

     ☒      Diversity of Citizenship

     ☐      Other: _____

     A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

         <u>Paragraphs 9, 10, and 11</u>

         _____

         _____

     B. Other allegations of jurisdiction and venue:

<u>N/A</u>_____

_____

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

   ☐ Prolift

   ☐ Prolift +M

   ☐ Gynemesh/Gynemesh PS

   ☐ Prosima

   ☐ TVT

   ☐ TVT-Oturator (TVT-O)

   ☒ TVT-SECUR (TVT-S)

   ☐ TVT-Exact

   ☐ TVT-Abbrevo

   ☐ Other

   _____

   _____

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

   ☐ Prolift

   ☐ Prolift +M

   ☐ Gynemesh/Gynemesh PS

   ☐ Prosima

   ☐ TVT

   ☐ TVT-Oturator (TVT-O)

   ☒ TVT-SECUR (TVT-S)

   ☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

_____

_____

10. Date of Implantation as to Each Product:

June 11, 2008 _____

_____

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

Murray Calloway County Hospital

Murray, KY 42071 _____

12. Implanting Surgeon(s):

Dr. Thomas Green, MD. _____

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Manufacturing Defect

☒ Count III – Strict Liability – Failure to Warn

☒ Count IV – Strict Liability – Defective Product

☒ Count V – Strict Liability – Design Defect

☒ Count VI – Common Law Fraud

☒ Count VII – Fraudulent Concealment

☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik, Esq.
Attorneys for Plaintiff

Address and Bar Information:

Napoli Bern Ripka Shkolnik & Associates, LLP
350 Fifth Avenue, Suite 7413
New York, NY  10118
(212) 267-3700
Hunter@napolibern.com
New York Bar #2031458

5